914

No. 95–194. HAAS v. UNITED STATES POSTAL SERVICE, C/O GENERAL MAIL FACILITY, PITTSBURGH, PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 95–196. DE MERE v. JAIN. C. A. 7th Cir. Certiorari denied.

No. 95–201. PINE v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 95–206. MARUCA v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 95–217. WITTY v. HEWLETT-PACKARD COLORADO, INC., AKA HEWLETT-PACKARD. C. A. 10th Cir. Certiorari denied.

No. 95–218. NOBERS ET AL. v. CRUCIBLE, INC., ET AL. Super. Ct. Pa. Certiorari denied.

No. 95–220. PACIFIC LUMBER CO. ET AL. v. KAYES ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–221. ALLAN & ALLAN ARTS, LTD., DBA GATEWAY PLAYHOUSE v. ROSENBLUM. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 95–222. VOYAGER GUARANTY INSURANCE CO. ET AL. v. WHITSON ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–225. WALL v. GTE SOUTHWEST INC. C. A. 5th Cir. Certiorari denied.

No. 95–233. RAYTECH CORP. v. WHITE ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–234. MONK v. QUALITY ELECTRIC SUPPLY CO. C. A. 3d Cir. Certiorari denied.

No. 95–236. HILL v. CITY OF CHESTER ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–237. SEBASTIAN INTERNATIONAL, INC. v. LONGS DRUG STORES CORP. C. A. 9th Cir. Certiorari denied.